1  Susan Krumplitsch (SBN 241016)
   **DLA PIPER LLP (US)**
2  2000 University Avenue
   East Palo Alto, CA 94303
3  Telephone: (650) 833-2000
4  susan.krumplitsch@us.dlapiper.com

5  Ellen Scordino (*pro hac vice* forthcoming)
   **DLA PIPER LLP (US)**
6  33 Arch Street, 26th Floor
   Boston, MA 02110
7  Telephone: (617) 406-6000
8  ellen.scordino@us.dlapiper.com

9  Stephanie Piper (*pro hac vice* forthcoming)
   **DLA PIPER LLP (US)**
10 1251 Avenue of the Americas
   New York, NY 10020
11 Telephone: (212) 335-4500
12 stephanie.piper@us.dlapiper.com

13 Nancy J. Gettel (SBN 277332) (admission forthcoming)
   **FibroGen, Inc.**
14 409 Illinois St.
   San Francisco, CA 94158
15 Telephone: (415) 978-1200
16 ngettel@fibrogen.com

17 *Counsel for Plaintiff*
   *FibroGen, Inc.*
18
                         **UNITED STATES DISTRICT COURT**
19
                         **NORTHERN DISTRICT OF CALIFORNIA**
20

21 | FIBROGEN, INC., | Case No. |
   |---|---|
22 | Plaintiff | **FIBROGEN, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
23 | vs. | |
24 | HANGZHOU ANDAO PHARMACEUTICAL LTD.; KIND PHARMACEUTICALS LLC; DR. DONG LIU; and DR. SHAOJIANG DENG, | |
25 | | |
26 | | |
27 | Defendants | |
28

1

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, Plaintiff FibroGen, Inc. ("FibroGen") submits its Certification of Interested Entities or Persons as follows:

Pursuant to Federal Rule of Civil Procedure 7.1, FibroGen has no parent corporation, and no publicly held corporation owns 10% or more of its stock.  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date there is no conflict of interest (other than the named parties) to report.

Dated this 14th day of November, 2022

Respectfully submitted,

 /s/ Susan Krumplitsch_____

Susan Krumplitsch (SBN 241016)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 833-2000
susan.krumplitsch@us.dlapiper.com

Ellen Scordino (*pro hac vice* forthcoming)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
ellen.scordino@us.dlapiper.com

Stephanie Piper (*pro hac vice* forthcoming)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
stephanie.piper@us.dlapiper.com

Nancy J. Gettel (SBN 277332) (admission forthcoming)
**FibroGen, Inc.**
409 Illinois St.
San Francisco, CA 94158
Telephone: (415) 978-1200
ngettel@fibrogen.com

*Counsel for Plaintiff*
*FibroGen Inc.*

*FibroGen, Inc. v. Hangzhou Andao Pharmaceutical LTD., et al.*    PLF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

WEST\300661336.2