1  Susan Krumplitsch (SBN 241016)
   **DLA PIPER LLP (US)**
2  2000 University Avenue
   East Palo Alto, CA 94303
3  Telephone: (650) 833-2000
4  susan.krumplitsch@us.dlapiper.com

5  Ellen Scordino (*pro hac vice* forthcoming)
   **DLA PIPER LLP (US)**
6  33 Arch Street, 26th Floor
   Boston, MA 02110
7  Telephone: (617) 406-6000
8  ellen.scordino@us.dlapiper.com

9  Stephanie Piper (*pro hac vice* forthcoming)
   **DLA PIPER LLP (US)**
10 1251 Avenue of the Americas
   New York, NY 10020
11 Telephone: (212) 335-4500
12 stephanie.piper@us.dlapiper.com

13 Nancy J. Gettel (SBN 277332) (admission forthcoming)
   **FibroGen, Inc.**
14 409 Illinois St.
   San Francisco, CA 94158
15 Telephone: (415) 978-1200
16 ngettel@fibrogen.com

17 *Counsel for Plaintiff*
   *FibroGen, Inc.*
18

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIBROGEN, INC., | Case No. 3:22-cv-07148-LB |
| Plaintiff, | **PLAINTIFF FIBROGEN, INC.'S AFFIDAVIT OF SERVICE OF SUMMONS, COMPLAINT, AND INITIAL DOCUMENTS SERVED ON DEFENDANT, KIND PHARMACEUTICALS, LLC** |
| vs. | |
| HANGZHOU ANDAO PHARMACEUTICAL LTD.; KIND PHARMACEUTICALS LLC; DR. DONG LIU; and DR. SHAOJIANG DENG, | |
| Defendants. | |

1

*FibroGen, Inc. v. Hangzhou Andao Pharmaceutical LTD., et al.*    PLF'S AFFIDAVIT OF SERVICE ON DEF., KIND PHARMACEUTICALS, LLC; 3:22-cv-07148-

WEST\300800483.1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FIBROGEN, INC.
*Plaintiff(s)*

v.

HANGZHOU ANDAO PHARMACEUTICAL, LTD.;
KIND PHARMACEUTICALS LLC;
DR. DONG LIU; and DR. SHAOJIANG DENG
*Defendant(s)*

Civil Action No. 3:22-cv-07148-LB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hangzhou Andao Pharmaceutical, Seventeenth Floor, Building Four, Health Valley, No. 1500 Wenyi West Road, Yuhang District, Hangzhou, Zhejiang, 311121, China

Kind Pharmaceuticals LLC c/o Dong Liu, 303 Twin Dolphin Dr., #600, Redwood City, CA 94065

Dr. Dong Liu, 303 Twin Dolphin Dr., #600, Redwood City, CA 94065

Dr. Shaojiang Deng, 279 Boothbay Avenue, Foster City, CA 94404-3509

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Susan Krumplitsch
DLA PIPER LLP (US)
2000 University Avenue, #100
East Palo Alto, CA 94303;
650-833-2000
susan.krumplitsch@us.dlapiper.com

Ellen Scordino
DLA PIPER LLP (US)
33 Arch Street, 26th Fl.
Boston, MA 02110
617-406-6000
ellen.scordino@us.dlapiper.com

Stephanie Piper
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
212-335-4500
stephanie.piper@us.dlapiper.com

Nancy J. Gettel
FibroGen, Inc.
409 Illinois Street
San Francisco, CA 94158
415-978-1200
ngettel@fibrogen.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Mark B. Busby

*Karen Horman*
Signature of Clerk or Deputy Clerk

Date: 11-15-2022


American LegalNet, Inc.
www.FormsWorkFlow.com

Civil Action No. **3:22-cv-07148**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:   **Kind Pharmaceuticals LLC c/o Dong Liu**
**was received by me on  November 18, 2022**

☐ I personally served the (( SEE DOCUMENTS ON ATTACHED LIST )) on the individual at   , ,   on

☑ I left the documents at the individual's business, residence or usual place of abode with **Kory Storer - Front Desk/Able to Accept**, a person of suitable age and discretion who resides there, on **November 18, 2022** at **3:34 PM**, at **303 Twin Dolphin Drive, #600, Redwood City, CA 94065** and mailed a copy to the individual's last known address; or
**Age: 38 years Sex: Male Height: 5'10" Weight: 160 lbs. Skin: White Hair: Salt & pepper Eyes: n/a**

☐ I served the above listed documents to   , who is designated by law to accept service of process on behalf of     on     ;or

☐ I returned the above listed documents unexecuted because;

☐ other *(specify):*

*My fees are $ .00 for travel and $ for services, for a total of $*

*I declare under penalty of perjury that this information is true.*

*Todd Brenneck*

Date:  November 21, 2022
                                                                      *Server's signature*

                                                **Todd Brenneck - Process Server**
                                                       *Printed name and title*

                                                **Contracted by ASAP LEGAL**
                                                **1625 Clay Street 4th Floor**
                                                **Oakland, CA 94612**
                                                **(510) 785-2300**
                                                       *Server's Address*

Additional documents served:

- Complaint - Public Version Demand for Jury Trial
- Civil Cover Sheet
- Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Fibrogen, Inc.'s Certification of Interested Entities or Persons
- Order Setting Initial Case Management Conference and ADR Deadlines
- ADR Certification by Parties and Counsel (blank)
- Alternative Dispute Resolution Procedures Handbook
- Standing Order for United States Magistrate Judge Laurel Beeler
- Procedures for Telephone Appearances Magistrate Judge Laurel Beeler
- Magistrate Judge Laurel Beeler Hearings Sheet
- Standing Order for All Judges of the Northern District of California Contents of Joint Case Management Statement
- ECF Text Notice - Case Assigned to Magistrate Judge Laurel Beeler

A0440-SF34007421

| Attorney or Party without Attorney: Susan Krumplitsch | SBN: 241016<br>DLA PIPER LLP (US)<br>2000 University Avenue<br>East Palo Alto, CA 94303<br>TELEPHONE No.: (650) 833-1559 | FOR COURT USE ONLY |
|---|---|
| Attorney for: Plaintiff FibroGen, Inc. | |
| | Ref No. or File No.: 437692-000002 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: Fibrogen, Inc.

Defendant: Hangzhou Andao Pharmaceutical, Ltd., et al.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 3:22-cv-07148 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of: **See Attached Document List.**

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

   a. Date of Mailing:          November 18, 2022
   b. Place of Mailing:         Oakland, CA
   c. Addressed as follows:   **Kind Pharmaceuticals LLC c/o Dong Liu**
                              **303 Twin Dolphin Drive, #600**
                              **Redwood City, CA 94065**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Oakland, California in the ordinary course of business.

Fee for Service: $
County:
Registration:
**ASAP LEGAL**
**1625 Clay Street 4th Floor**
**Oakland, CA 94612**
**(510) 785-2300**
**Ref: 437692-000002**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 21, 2022**.

Signature: *Tolovae A. Faagau*
                **Tolovae Faagau**

**PROOF OF SERVICE BY MAIL**

Order#: SF34007421/mailproof

ASAP LEGAL

1625 Clay Street 4th Floor

Oakland, CA 94612

Phone: (510) 785-2300   Fax: (510) 444-4629

Continued from Proof of Service

**CLIENT:** DLA PIPER LLP / PALO ALTO

**CLIENT FILE #:** 437692-000002  **DATE:** November 18, 2022

**SUBJECT:** Kind Pharmaceuticals LLC

**SERVED:** Kory Storer - Front Desk/Able to Accept

**Summons in a Civil Action; Complaint - Public Version Demand for Jury Trial; Civil Cover Sheet;Report on the Filing or Determiniation of an Action Regarding a Patent or Trademark; Fibrogen, Inc.'s Certification of Interested Entities or Persons; Order Setting Initial Case Management Conference and ADR Deadlines; ADR Certification by Parties and Counsel (blank); Alternative Dispute Resolution Procedures Handbook; Standing Order for United States Magistrate Judge Laurel Beeler; Procedures for Telephone Appearances Magistrate Judge Laurel Beeler; Magistrate Judge Laurel Beeler Hearings Sheet; Standing Order for All Judges of the Northern District of California Contents of Joint Case Management Statement; ECF Text Notice - Case Assigned to Magistrate Judge Laurel Beeler**



Order#: SF34007421/DocAtt2010